KROSKE, Respondent, vs. GLASS, Appellant.

For the appellant: *Walter D. Corrigan, Sr.* of Milwaukee.
For the respondent: *Harry V. Meissner* of Milwaukee.

*By the Court.*—Judgment affirmed.

*April 30, 1929.*

CORY, Respondent, vs. PROCTOR and another, Appellants.

For the appellants: *Proctor & Proctor,* attorneys, and *J. Henry Bennett,* of counsel, all of Viroqua.
For the respondent: *Graves & Gulbrandsen* of Viroqua.

*By the Court.*—Judgment affirmed.

TONSTAD, Administratrix, Respondent, vs. LAKE SUPERIOR DISTRICT POWER COMPANY, Appellant.

For the appellant: *Sanborn, Lamoreux & Pray* of Ashland.

For the respondent: *Alexander Wiley* and *Robert L. Wiley* of Chippewa Falls.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on June 24, 1929.